# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 04/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (senior status) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Emeritus | Whitman College |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Southern California | March 18-19, 2019 | Los Angeles, California | 2019 Intellectual Property Institute | Airfare, Lodging, Food, Transportation, and Parking |
| 2. | Sedona Conference | March 27-29, 2019 | Philadelphia, Pennsylvania | WG9/WG10 Patent Annual Metting | Airfare, Lodging, Food, Transportation, and Parking |
| 3. | Ludwig Maximillian University | April 3-6, 2019 | Munich, Germany | Injunctions & Fleibility in Patent Law | Airfare, Lodging, Food, Transportation, and Parking |
| 4. | Rikkyo University, Chiba University, & Japan American Society | June 17-24, 2019 | Tokyo and Kyoto, Japan | Presidential Power and the Rule of Law | Airfare, Lodging, Food, Transportation, and Parking |
| 5. | National Judicial College | August 9, 2019 | San Francisco, California | Judicial Independence Roundtable | Airfare, Lodging, Food, Transportation, and Parking |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Robart, James L.** | 04/29/2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | E.D. of Texas Bar Association | September 22-25, 2019 | Plano, Texas | 2019 E.D. of Texas Bench/ Bar Conference | Airfare, Lodging, Food, Transportation, and Parking |
| 7. | Tarleton State University | October 17-18, 2019 | Fort Worth, Texas | Police Consent decree Conference | Airfare, Lodging, Food, Transportation, and Parking |
| 8. | California Judges Association | November 6, 2019 | Los Angeles, California | Preserving Free Courts | Airfare, Lodging, Transportation, and Parking |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robart, James L.** | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Key Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2019 - $214,363) | B | Rent | M | S | | | | | |
| 4. Bank of Washington Common Stock | | None | | | Sold | 03/26/19 | K | E | |
| 5. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. -- Starbucks Common Stock | E | Dividend | P1 | T | | | | | |
| 7. -- Schwab Money Fund | A | Interest | O | T | | | | | |
| 8. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 9. -- MSCI EAFE Index Fund | D | Dividend | N | T | | | | | |
| 10. -- S&P 600 I-Shares | E | Dividend | P1 | T | | | | | |
| 11. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 12. -- S&P 500 IShares | E | Dividend | P1 | T | | | | | |
| 13. -- Boston Priv. Fin. Hldg. | C | Dividend | L | T | | | | | |
| 14. Chevron Common Stock | D | Dividend | N | T | | | | | |
| 15. BROKERAGE IRA #1 | | | | | | | | | |
| 16. -- MSCI EAFE Index I-Shares | E | Dividend | P1 | T | | | | | |
| 17. -- S&P Small Cap 600 IShares | E | Dividend | P1 | T | Sold (part) | 12/09/19 | O | G | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- S&P 500 I-Shares | E | Dividend | O | T | | | | | |
| 19. -- Schwab Money Fund | E | Interest | O | T | Donated (part) | | | | |
| 20. -- U.S. TIPS | B | Interest | O | T | Matured (part) | 04/15/19 | M | | |
| 21. | | None | | | Buy (add'l) | 04/18/19 | M | | |
| 22. -- Vanguard REIT | E | Dividend | O | T | | | | | |
| 23. -- Emrg. Mkt. I-Share | D | Dividend | N | T | | | | | |
| 24. -- Bank of America Notes | D | Interest | M | T | | | | | |
| 25. -- J.P. Morgan Chase | D | Interest | L | T | | | | | |
| 26. -- Amercan Express Bank CD | B | Interest | M | T | | | | | |
| 27. -- Amgen Notes | C | Interest | M | T | | | | | |
| 28. -- BP Capt. Mks. | C | Interest | M | T | | | | | |
| 29. -- General Electric Note | D | Interest | M | T | | | | | |
| 30. -- Toyota Auto Receiv. | C | Interest | M | T | | | | | |
| 31. --Verizon Comm. Note | C | Interest | M | T | | | | | |
| 32. -- Merck Bond | C | Interest | M | T | | | | | |
| 33. -- Franklin Resources Note | C | Interest | M | T | | | | | |
| 34. -- Morgan Stanley C.D. | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robart, James L.** | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | C | Interest | M | T | Buy<br>(add'l) | 01/30/19 | M | | |
| 36.    -- Bank Leumi C.D. | B | Interest | | | Matured | 01/31/19 | M | | |
| 37.    -- Safra Bank C.D. | C | Interest | M | T | | | | | |
| 38.    -- Grand Savings Bank C.D. | C | Interest | | | Matured | 01/31/19 | M | | |
| 39.    -- Bank of Hapoalim C.D. | C | Interest | M | T | | | | | |
| 40.    -- Bank of India C.D. | C | Interest | | | Matured | 02/14/19 | M | | |
| 41.    -- Bank United C.D. | C | Interest | | | Matured | 01/31/19 | M | | |
| 42.    -- Comenity Capital Bank C.D. | A | Interest | M | T | | | | | |
| 43.    -- Royal Bank CDA notes | B | Interest | M | T | | | | | |
| 44.    --U.S. Tresury Bills | B | Interest | N | T | Buy | 04/02/19 | N | | |
| 45.    --Wells Fargo | C | Interest | M | T | Buy | 07/08/19 | M | | |
| 46.    --Cathy General | C | Interest | M | T | Buy | 01/30/19 | M | | |
| 47.    --Citibank C.O. | C | Interest | M | T | Buy | 01/02/19 | M | | |
| 48.    BROKERAGE IRA #2 | | | | | | | | | |
| 49.    -- Janus Balanced Mut. Fund | B | Dividend | K | T | | | | | |
| 50.    -- T.R. Price New Asia Mut. Fund | B | Dividend | K | T | | | | | |
| 51.    -- Schwab Money Fund | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robart, James L.** | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |
| 53.  -- S&P 500 I-Shares | C | Dividend | N | T | | | | | |
| 54.  -- MSCI Em. Mkts I Share | C | Dividend | L | T | | | | | |
| 55.  -- S&P Small Cap 600 I Shares | C | Dividend | M | T | | | | | |
| 56.  -- IBM | A | Dividend | J | T | | | | | |
| 57.  -- Vanguard REIT | B | Dividend | L | T | | | | | |
| 58.  Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 59.  7MB Tech. Corp. | | None | K | T | | | | | |
| 60.  Builders Capital Part. | E | Dividend | N | T | | | | | |
| 61.  Boeing Employees Credit Union | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544